UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sherry Jean Satterfield

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

THE CITY OF NEW YORK LAW DEPARTMENT
Samuel Wright, Stacey Barnett, DAshawn Jones
Frances Waldron, Doris Page, Robin Morris
P.O. Olachea, P.O. Michael Anderson
Local 237
Gregory Floyd and Felicia Canon

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)_

16 CV 5769

COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION

Jury Trial: ☑ Yes  ☐ No
_(check one)_

RECEIVED SDNY PRO SE OFFICE
2016 JUL 19 PM 12: 47

This action is brought for discrimination in employment pursuant to: _(check only those that apply)_

✓   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
     **NOTE:** _In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

___   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
     **NOTE:** _In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission._

✓   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
     **NOTE:** _In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

___   New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

___   New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010                                    1

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Sherry Satterfield
Street Address 1809 Amsterdam Avenue, Apt #3D
County, City New York
State & Zip Code NY, 10031
Telephone Number (212) 368-5496

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant Name THE CITY OF NEW YORK LAW Department
Street Address 100 Church Street
County, City New York
State & Zip Code NY, 10007
Telephone Number _____ See attachment

C.  The address at which I sought employment or was employed by the defendant(s) is:

Employer NYC Police Academy
Street Address 235 East 20th STREET
County, City NEW YORK
State & Zip Code NY 10003
Telephone Number

II.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

☐   Failure to hire me.
✓   Termination of my employment.
☐   Failure to promote me.
✓   Failure to accommodate my disability.
✓   Unequal terms and conditions of my employment.

Rev. 05/2010                        2

      ✓    Retaliation.

      ___    Other acts *(specify)*: _____.

Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: _____.
                                                                                                      Date(s)

C. I believe that defendant(s) *(check one)*:

      ✓    is still committing these acts against me.

      ___    is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

    ☑ race _____    ☐ color _____

    ☐ gender/sex _____    ☐ religion _____

    ☐ national origin _____

    ☐ age. My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)

    ☑ disability or perceived disability, _____ (specify)

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

I was injury on my job instead of my employer following the proper guideline when someone is injury. I was not given the proper first aid treatment at time of injury. I was fired because I stood up for myself. I know if I was of the white race this would not have happen. Due to fact I was fired I cannot work for any city agency.

Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies**:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: __August 2015_____ (Date).

B.  The Equal Employment Opportunity Commission *(check one)*:

  _____   has not issued a Notice of Right to Sue letter.
  ✓   issued a Notice of Right to Sue letter, which I received on June 10, 2016 *(Date)*.

  *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

  _____   60 days or more have elapsed.
  _____   less than 60 days have elapsed.

## IV.  Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: I am seeking 10 million in relief because lost income and future income. The abuse I suffer from my employer act bullying

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19 day of July, 2016.

Signature of Plaintiff  Sherry Satterfield
Address  1809 Amsterdam Ave Apt #3D
         New York, NY 10031

Telephone Number  (212) 368-5496
Fax Number *(if you have one)*  _____

Page (2) Attachment

I. Parties in this complaint:

B. Defendants: Which are from The City of New York Law Department are Samuel Wright, Stacey Barnett, Dashawn Jones, Doris Page, Robin Morris, Police Officer Olachea, and Police Michael Anderson.

Which are from Local 237 at 216 West 14th, New York, NY 1001 are Gregory Floyd, and Felicia Canon.

EEOC Form 161 (11/09)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Sherry Satterfield
1809 Amsterdam Avenue Apt. 3D
New York, NY 10031

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2015-04271 | Holly M. Woodyard, State & Local Program Manager | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Kevin J. Berry,
District Director

JUN 10 2016

*(Date Mailed)*

Enclosures(s)

cc:

**CITY OF NEW YORK, LAW DEPARTMENT**
100 Church Street, Room 2-188
New York, NY 10007
Attn: Director of Human Resources

```
REPORT NUMBER: WINRO146              SEMI-MONTHLY PUBLIC ASSISTANCE BUDGET CALCULATION         REPORT DATE: 07/14/16
[P]
EFFECTIVE DATE OF BUDGET: 10/A/15    LOCAL OFFICE: 035   WORKER: 00201   CASE NAME: SATTERFIELD SHERRY         PAGE: 1

CASE NUMBER: 00001538844A            SUFFIX: 01          NUMBER IN PA HOUSEHOLD: 1        NUMBER IN PA SUFFIX: 1

                NEEDS                                                          EARNED INCOME
                                     185% TEST & POVERTY
   RESTR                              LEVEL TEST AMOUNT       D. GROSS                            .00

      PRE ADDED ALLOWANCE                     79.00
                                                                                   ACTUAL              ALLOWED
   1  SHELTER                                  29.00
                                                              STANDARD DEDUCTION      .00                .00
      ENERGY                                    7.05
                                                              50% DEDUCTION           .00                .00
      ENERGY SUPPLEMENT                         5.50
                                                              CHILD CARE              .00                .00
      WATER                                      .00
                                                              $15 EXEMPTION           .00                .00
      FUEL                                       .00
                                                              1/3 EXEMPTION           .00                .00
      PREGNANCY ALLOWANCE                        .00
                                                              OTHER DEDUCTIONS (INCLUDES
      HOME DELIVERED MEALS                       .00             PRORATA REDUCTION AMT)  .00             .00

      RESTAURANT ALLOWANCE                       .00       E. TOTAL DEDUCTIONS                           .00

      OTHER NEEDS                                .00       F. NET EARNED INCOME                         .00

   A. TOTAL NEEDS FOR 185% TEST              120.55                            UNEARNED INCOME

      185% X TOTAL NEEDS        223.02             SOURCE                                          AMOUNT

      TOTAL EARNED + UNEARNED       .00                                                                 .00
      FOR 185% TEST
                                                                                                        .00
      POVERTY LEVEL TEST        490.42
                                                                                                        .00
      TOTAL INCOME FOR              .00
      POVERTY LEVEL TEST                                 G. TOTAL UNEARNED INCOME                       .00
                                                            UNEARNED INCOME DEDUCTION (INCLUDES PRORATA
      NEEDS REDUCTION DUE TO IVD SANCTION        .00                                  REDUCTION AMT)   .00

   B. TOTAL NEEDS FOR NET INCOME TEST      120.50       H. NET UNEARNED INCOME                         .00

      NEEDS REDUCTION DUE TO PRORATA SANCTION    .00    I. TOTAL INCOME (F + H)                        .00

   C. TOTAL NEEDS FOR BUDGET DEFICIT CALCULATION 120.50                       PA GRANT CALCULATION
                                                        C. TOTAL NEEDS                             120.50
         OTHER ALLOWANCES
                                                        I. TOTAL INCOME                                 .00
         REFRIGERATOR RENTAL ALLOWANCE           .00
                                                        J. BUDGET DEFICIT                          120.50

                                                        : RECOUPMENT AMOUNT                         12.05

                                                        : SEMI-MONTHLY PA GRANT                    108.45


ESTE REPORTE SERA TAMBIEN DISPONIBLE EN ESPANOL
BUDGET NUMBER:       (BASIS)                          NOTE: AMOUNTS SHOWN IN ITEMS (A) AND (J) ABOVE HAVE BEEN ROUNDED DOWN.
```

EFFECTIVE DATE OF BUDGET: 10/A/15

## BUDGET CALCULATION

| | | |
|---|---|---|
| A. INCOME | | E. SHELTER COSTS |
| 1. SEMI-MONTHLY GROSS EARNED INCOME | .00 | 20. S/M ACTUAL RENT OR MORTGAGE BILLED TO HOUSEHOLD — 29.00 |
| 2. NET S/M INCOME FROM BOARDER/LODGER | .00 | 21. S/M COMBINED UTILITY/PHONE STANDARD — .00 |
| 3. TOTAL S/M INCOME (LINE 1 + 2) | .00 | 22. S/M COMBINED HEAT/UTILITY/PHONE STANDARD — 384.00 |
| 4. S/M PA GRANT | 120.50 | 23. S/M PHONE STANDARD — .00 |
| 5. TOTAL S/M PA RECOUPMENT | 12.05 | 24. OTHER S/M SHELTER EXPENSE, REAL ESTATE TAXES, INSURANCE, INSTALLATION OF UTILITIES, ETC. — .00 |
| 6. NET S/M PA GRANT (LINE 4 MINUS 5) | 108.45 | 25. LINES 20 + 21 + 22 + 23 + 24                E. 413.00 |
| 7. GROSS S/M OTHER UNEARNED INCOME | .00 | F. EXCESS SHELTER DEDUCTIONS |
| 8. TOTAL S/M UNEARNED INCOME (LINES 6 + 7) | 108.45 | 26. TOTAL SHELTER COST, E — 413.00 |
| 9. S/M GROUP HOME EXCLUSION | .00 | 27. 1/2 OF ADJUSTED INCOME, D — 15.48 |
| 10. S/M CHILD SUPPORT EXCLUSION | .00 | 28. EXCESS SHELTER COSTS. (LINES 26 MINUS 27) IF 26 IS LESS THAN 27, ZERO WILL APPEAR. — 397.53 |
| 11. LINES 3 + 8 LESS LINES 9 + 10   A. | 108.45 | 29. MAXIMUM SHELTER DEDUCTION FOR AGED/DISABLED, AMOUNT FROM LINE 28. FOR ALL OTHERS, ACTUAL OR STANDARD, 252.00, WHICHEVER IS LESS.   F. 252.00 |
| B. 130% STANDARD SEMI-MONTHLY   B. | 638.00 | |
| C. DEDUCTIONS | | G. SEMI-MONTHLY SNAP NET INCOME |
| 12. 20% OF LINE 3 | .00 | 30. D. ADJUSTED INCOME — 30.95 |
| 13. STANDARD DEDUCTION | 77.50 | 31. F, EXCESS SHELTER DEDUCTION — 252.00 |
| 14. ALLOWABLE SEMI-MONTHLY CHILD-CARE/ DEPENDENT CARE COSTS | .00 | 32. S/M NET SNAP INCOME.  (LINE 30 MINUS 31)   G. .00 |
| 15. ALLOWABLE S/M MEDICAL DEDUCTIONS | .00 | H. MONTHLY SNAP NET INCOME |
| 16. CHILD SUPPORT DEDUCTIONS | .00 | 33. MULTIPLY AMOUNT IN 32 X 2   H. .00 |
| 17. HOMELESS SHELTER DEDUCTION | .00 | I. BENEFIT ENTITLEMENT |
| 18. LINES 12 + 13 + 14 + 15 + 16 + 17   C. | 77.50 | 34. BENEFIT — 194.00 |
| D. ADJUSTED INCOME | | 35. MONTHLY SNAP RECOUPMENT — .00 |
| 19. A MINUS C   D. | 30.95 | 36. ADJUSTED BENEFIT AMOUNT (LINE 34 MINUS 35)   I. 194.00 |

ESTE REPORTE SERA TAMBIEN DISPONIBLE EN ESPANOL

FEDERAL SNAP:  194.00   STATE SNAP:  .00

BUDGET NUMBER:       (BASIS)

```
NQCS01 (P)    Case Composition - Suffix/Individual Summary              07/14/16
      Case #    Ctr   U/W    MRS              FS Rent    SZ             (A
    001538844A  035  00201                  PA Rent    58.00  APP SRC    RCRT SRC
           Address                         City                Zip           Phone No.
    1809 AMSTERDAM AVE, APT 3D         NEW YORK         100310000  (212)-368-5496
         Case Name                                   Case Name
    SATTERFIELD SHERRY              SF-NET                                    SF-NET
    SUF 01 FS SUF 01 Case SNCA Lang SP E  | SUF    FS SUF    Case         Lang SP
         Pg Stat       Type    Lang Read E |      Pg Stat    Type       Lang Read
    PA   AC                       TB Ind   | PA                              TB Ind
    MA   AC            Parent    TB Date   | MA             Parent         TB Date
    FS   AC            Ind  1     /   /    | FS             Ind             /   /
    NEXT RECERT 07/28/16 FSINTW
    LAST PA RCT 07/23/15 LAST MA RCT   /  /   Next check 07/21/16 Next ATP 08/05/16M
              Suffix                  Individual Data                Status  CA   S
    Sel PA MA FS LN    CIN    First Name M    Last      Sex Birth    PA MA FS ES CD  P
        01 01 01 01 YE08574U  SHERRY          SATTERFIELD  F 06/04/68 AC AC AC 70  P
        01 01 01 02 WP55230W  JEREMY          SATTERFIELD  M 03/13/92 CL CL CL 30  P
        01 01 01 03 VZ12463U  JELISA        M SATTERFIELD  F 10/27/93 CL CL CL 30
                                                            /   /
                                                            /   /
                                                            /   /

    Next case #                                                            CMD T
```